IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| THOMAS YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 321-008 |
| | ) | |
| TIM WARD, Commissioner; DIRECTOR | ) | |
| SHEPPARD; JERMAINE WHITE, Warden; | ) | |
| DEPUTY WARDEN WICKER; DEPUTY | ) | |
| WARDEN KEITH; and DEPUTY WARDEN | ) | |
| BEASLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed. In lieu of objections, Plaintiff filed a notice of appeal to the Eleventh Circuit, (doc. no. 12), which does not divest this Court of jurisdiction.[1] Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 4th day of June, 2021, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Appealing a non-appealable order "does not have any effect on the district court's jurisdiction." United States v. Riolo, 398 F. App'x 568, 571 (11th Cir. 2010) (*per curiam*) (citing United States v. Hitchmon, 602 F.2d 689, 694 (5th Cir. 1979) (*en banc*)). The Magistrate Judge's R&R recommending dismissal of Plaintiff's complaint without prejudice is not interlocutorily appealable. See Garcia v. JP Morgan Chase, No. 1:11-CV-2149-AT, 2012 WL 13008803, at *1 (N.D. Ga. Mar. 9, 2012).